**FILED**

**JAN 23 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Robert Epps 074164-7
Name and Prisoner/Booking Number

Dept. state Hospital - Atascadero
Place of Confinement

Box 7001
Mailing Address

Atascadero, CA 93423-7001
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert Epps
(Full Name of Plaintiff)                    Plaintiff,

v.

CASE NO. 2:23-CV-0135 EFB (PC)
(To be supplied by the Clerk)

(1) Correctional Officer Archie
(Full Name of Defendant)

(2) CSP - Sacramento

(3)

(4)
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

   ☐ Other: _____.

2. Institution/city where violation occurred: Sacramento _____.

## B. DEFENDANTS

1. Name of first Defendant: _Archie_____. The first Defendant is employed as:
_Correctional Officer_____ at _CSP-SAC_____.
   (Position and Title)                              (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____at_____.
   (Position and Title)                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____at_____.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____at_____.
   (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☒ Yes        ☐ No

2. If yes, how many lawsuits have you filed? _2_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Epps_____ v. _Deleon_____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_
         _without prejudice for failure to exhaust_.

   b. Second prior lawsuit:
      1. Parties: _Epps_____ v. _Deleon_____
      2. Court and case number: _2:17-cv-03065-ACJAM_.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_
         _after failure to file within 4 years._

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 5th Amendment
   Living conditions.

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care

   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation

   ☐ Excessive force by an officer      ☒ Threat to safety      ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 10·15·21 i informed C/o Archie of me and inmate Clifford
   Wingo not being compatible as cellmate because im a sex
   offender. Wingo wasn't taking his medication as prescribed
   and kept giving me a hardtime, Archie walk me down to a holding
   cell so i can clear my mind only to bring me back an hour later
   and put me back in the same cell, On 10·17·21 Wingo left feces
   in the toilet and kept passing gas and when i asked him
   to stop he hit me. I woke up a day later at UC Davis
   Medical Center with a fractured vertebrae by my neck and
   back and the bone around my left eye was broken in three
   areas i underwent surgery with another one pending on my
   eye because its hard for me to see

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My vertavrae was fractured by my neck and back and
   the bone around my eye was broken in three different
   areas.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☒ Yes    ☐ No

   b. Did you submit a request for administrative relief on Claim I?      ☒ Yes    ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?      ☒ Yes    ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. On the appeal where it ask what i want i stated
   i wanted to know why Archie didnt move me. They replyed
   stating that once i get my 602 back by 6·27·22 that
   my administrative remedies would be exhausted. But i havent
   heard from them since i left and came here in max. I
   wrote CSP·SAC once and the OOA twice trying to get
   a response but i havent why because i dont think theycan give me

Continued from page three Under Administrative remedies
a straight answer therefore i attached a document
of them acknowledging that they recived my 602 but
fail to repond. Please understand that it took me over 30
days to file my grievance because i couldn't see?

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities         ☐ Mail              ☐ Access to the court      ☐ Medical care
    - ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
    - ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim II?                         ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?               ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

# CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim III.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Im seeking restitution for pain and suffering, punitive and compensatory damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *1·17·23*

DATE

*Robert Epps*

SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.



**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# OOA ACKNOWLEDGMENT RECEIPT

**Offender Name:** EPPS, ROBERT D.                                    **Date:** 04/29/2022

**CDC#:** P53887

**Current Location:** SAC-Facility B

**Current Area/Bed:** B 008 1002001L

**From:** Office of Appeals

**Re:** Log # 000000244105

The California Department of Corrections and Rehabilitation, Office of Appeals received your appeal on 04/27/2022. Your appeal has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Appeals will complete its review no later than 06/27/2022.

Please be informed that the Office of Appeals will not respond to any inquiries about the status of an appeal prior to the date shown above.

CDCR SOMS OGTT305
OOA ACKNOWLEDGMENT RECEIPT