UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EPPS,<br><br>    Plaintiff,<br><br>  v.<br><br>ARCHIE, et al.,<br><br>    Defendants. | No. 2:23-cv-0135-DAD-EFB (PC)<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has paid the filing fee.  Plaintiff has filed two motions to "conduct depositions" of various prison staff members and inmate Terence Grayson.  ECF Nos. 42, 44.

The Federal Rules of Civil Procedure require a plaintiff to seek court permission to depose an incarcerated witness. Fed. R. Civ. P. 30(a)(2)(B), 31(a)(2)(B).  The court's permission is not required to depose unincarcerated witnesses.  Thus, to the extent plaintiff seeks to depose prison staff and other unincarcerated witnesses, plaintiff's motion is unnecessary.  Plaintiff must, however, follow the applicable Federal Rule of Civil Procedure and bear the costs for any depositions he seeks to take.  Plaintiff does not proceed in forma pauperis in this action and, even if he did, the in forma pauperis statute does provide for the subsidization of plaintiff's deposition costs and obligations by the court or defendants.  *See, e.g., Brooks v. Tate*, No. 1:11-cv-01503 AWI-DLB PC, 2013 U.S. Dist. LEXIS 111420 (E.D. Cal. Aug. 7, 2013).  Plaintiff must pay the

1

deposition officer fee, court reporter fee, and costs for a transcript.

    These requirements also apply to any deposition plaintiff wishes to take of Mr. Grayson. Plaintiff has not shown an ability to arrange and pay for the depositions he requests. Absent such a showing, the court declines to grant plaintiff's motion with respect to Mr. Grayson. *See Harrell v. Jail*, No. 2:14-cv-1690 TLN CKD P, 2015 U.S. Dist. LEXIS 166517 (E.D. Cal. 2015); *Jackson v. Woodford*, No. 05cv513 L (NLS), 2007 U.S. Dist. LEXIS 53133 (S.D. Cal. Aug. 17, 2007).

    Accordingly, it is ORDERED that plaintiff's March 25, 2024 and April 8, 2024 motions to conduct depositions (ECF Nos. 42, 44) are DENIED as unnecessary with respect to all unincarcerated witnesses. With respect to Mr. Grayson, plaintiff's motion is DENIED without prejudice to its renewal in a motion that shows plaintiff's ability to arrange and pay for the deposition.

Dated: May 23, 2024

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE

2