UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EPPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARCHIE,<br><br>　　　　　Defendant. | No. 2:23-cv-00135-DAD-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS CONSTRUED AS MOTIONS FOR SUMMARY JUDGMENT AND DISMISSING DEFENDANT DOE NO. 2 FROM THIS ACTION<br><br>(Doc. Nos. 62, 63, 72) |

Plaintiff Robert Epps is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 12, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motions for judgment (Doc. Nos. 62 and 63), construed as motions for summary judgment, be denied and that Doe defendant No. 2 be dismissed from this action without further leave to amend due to plaintiff's repeated failure to state a cognizable claim against that defendant. (Doc. No. 72.) Specifically, the magistrate judge concluded that plaintiff failed to demonstrate that there are no genuine issues as to any fact material as to his claims and that plaintiff had again failed to allege facts sufficient to establish, if proven, that defendant Doe No. 2 knew of any risked posed to plaintiff. (*Id.* at 2, 5.)

/////

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 12, 2025 (Doc. No. 72) are ADOPTED in full;
2. Plaintiff's motions for judgment (Doc. Nos. 62 and 63), construed as motions for summary judgment, are DENIED;
3. Defendant Doe No. 2 is dismissed without further leave to amend due to plaintiff's repeated failure to state a cognizable claim as to that defendant; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 14, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2