UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EPPS,<br><br>Plaintiff,<br><br>v.<br><br>ARCHIE,<br><br>Defendant. | No. 2:23-cv-00135-DAD-EFB (PC)<br><br><br>ORDER |

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. On August 15, 2025, the court dismissed defendant Doe No. 2 without further leave to amend and ordered that the case proceed on plaintiff's seventh amended complaint (ECF No. 61). ECF No. 73.

Accordingly, it is hereby ORDERED that defendants shall file an answer or motion in response to the seventh amended complaint within 21 days of the date of this order.

Dated: August 29, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1