# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ROBERT EPPS,

Plaintiff,

v.

ARCHIE, et al.,

Defendants.

No. 2:23-cv-0135-DAD-EFB (PC)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Robert Epps (074164-7), a necessary and material witness in a settlement conference in this case on November 19, 2026, is confined in Atascadero State Hospital (DSH Atascadero), in the custody of the Executive Director. In order to secure this patient's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the patient before Magistrate Judge Ila C. Deiss, by Zoom video conference from his place of confinement, on Thursday, November 19, 2026 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director to produce the patient named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this patient and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Atascadero State Hospital at (805) 468-2954 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jodi Palmer, Courtroom Deputy, at jpalmer@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Executive Director, DSH Atascadero, P. O. Box 7001, Atascadero, California 93423:**

**WE COMMAND** you to produce the patient named above to testify before Judge Deiss at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the patient and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 19, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE